179

denied; that said Jules Chopak should be, and he is hereby, disbarred; and that his name be stricken from the roll of attorneys admitted to practice before the bar of this court.

It is so ORDERED.

BEFORE THE FIRST DIVISION, JANUARY 21, 1963

**No. 67350.**—Falcon Sales Co. v. United States, protest 59/6522 (Charleston).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67351.**—Falcon Sales Co. v. United States, protest 59/9141 (Philadelphia).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67352.**—M. S. Schwartz v. United States, protest 59/25304 (Port Arthur).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67353.**—Ernest Greenwood Co. v. United States, protest 62/15178 (Tampa).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.